■ JAMES MORRIS and Another, Individually and as Administrators with Letters of Administration with Limitations of the Estate of KRISTY L. MORRIS, Also Known as KRISTY LOUISE MORRIS, Deceased, Appellants, v ONTARIO COUNTY et al., Defendants, and RAMSEY CONSTRUCTORS, INC., et al., Respondents. (Appeal No. 3.) [54 NYS3d 917]—Appeal from an order of the Supreme Court, Ontario County (Frederick G. Reed, A.J.), entered July 29, 2016. The order granted the motions of defendants Ramsey Constructors, Inc., and Phelps Guide Rail, Inc., for summary judgment.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Same memorandum as in *Morris v Ontario County* ([appeal No. 2] 152 AD3d 1185 [2017]). Present—Lindley, J.P., DeJoseph, NeMoyer and Curran, JJ.